TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Amy Hahn Crabtree,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:26-cv-00627-GMN-DJA<br><br>~~**Stipulation and (Proposed)**~~ **Order to Extend Discovery Deadlines 120 days**<br><br>**First Request** |

Pursuant to LR IA 6-1 and LR 26-3 Plaintiff, Amy Hahn Crabtree, and Defendant United States of America, hereby request a 120-day extension of the remaining discovery deadlines, which is supported by grounds and circumstances set forth below. This is the first request for an extension of the discovery deadlines.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. SUMMARY OF THE ARGUMENT**

Good cause exists to extend discovery deadlines to permit the parties to complete an independent medical exam ("IME") of Plaintiff.

**II. BRIEF STATEMENT OF THE CASE**

Plaintiff alleges that she was held at a Veteran Administration facility against her wishes. ECF No. 1.

//

## III. STATEMENT OF DISCOVERY

### A. Discovery and other matters completed to date

Defendant served its initial disclosures on June 15, 2026. Defendant served supplemental production on August 17, 2026.

Plaintiff submitted his initial disclosures on June 15, 2026.

Plaintiff submitted various discovery requests to Defendant on July 18, 2026. Defendant provided its responses to these documents on August 17, 2026.

### B. Discovery that remains to be completed

a. IME of Plaintiff.

b. Expert and Rebuttal Reports.

c. The deposition of Plaintiff.

### C. Reasons why discovery has not been completed

The main reason for the extension here is related to a forthcoming IME of Plaintiff. Defendant's expert is not available to do the exam until December and the parties are working out the scope/details for the IME. The IME will also be occurring in Texas where Plaintiff resides, so additional time will be needed to coordinate that location and travel. The parties expect to have the details relating to the scope of the IME finalized by Friday, September 11, 2026.

The parties' counsel conferred and agreed that the extension below would be proper. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

### D. Proposed revised discovery schedule

An extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| Scheduled Event | Current Deadline | **Proposed Deadline** |
|---|---|---|
| Amend Pleadings/Add Parties | August 11, 2026. | **Closed.** |
| Initial Expert Disclosures | September 10, 2026 | **January 8, 2027** |

| | | |
|---|---|---|
| Rebuttal Expert Reports | October 12, 2026 | **February 9, 2027** |
| Discovery Cut Off | November 9, 2026 | **March 9, 2027** |
| Dispositive Motions | December 9, 2026 | **April 8, 2027** |

If dispositive motions are filed, the joint pre-trial order would be due 30 days after a decision on such motions. Disclosures under Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

**V. STATEMENT OF GOOD CAUSE**

Under Local Rule 26-3, "[a] motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must . . . be supported by a showing of good cause for the extension." *See also* Fed. R. Civ. P. 16(b)(4). The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The parties contend that good cause is met here because of the delays related to the setting up the IME of Plaintiff. This is also the parties' first request for the extension.

//

//

//

//

//

//

//

//

//

//

//

//

//

## VI. CONCLUSION

The Parties submit that the facts and the argument contained herein constitute good cause to extend the discovery deadlines 120 Days.

DATED this 3rd day of September, 2026.

FLAKE & FLAKE – ATTORNEYS AT LAW

By: _/s/ Troy K. Flake_
TROY K. FLAKE, ESQ.

*Attorneys for Plaintiff*

DATED this 3rd day of September, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

By: _/s/ Nathan M. Claus_
NATHAN M. CLAUS
Assistant United States Attorney

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/4/2026